Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET-BACKED CERTIFICATES, SERIES 2007-6,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00112-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**<br><br>**(First Request)** |

Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 ("Wells Fargo") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 19, 2021, Wells Fargo filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828044-C [ECF No. 1-1];

2. On January 20, 2021, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3. On February 22, 2021, Wells Fargo filed a Motion for Remand [ECF No. 9];

4. On February 22, 2021, Wells Fargo filed a Motion for Costs and Fees [ECF Nos. 10];

5. Fidelity's deadline to respond to Wells Fargo's Motion for Remand and Motion for Costs and Fees is currently March 9, 2021;

6. Fidelity's counsel is requesting an extension until Monday, March 31, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motions;

8. Wells Fargo does not oppose the requested extension;

9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

602158.1

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including March 31, 2021.

Dated:  March 5, 2021                                    EARLY SULLIVAN WRIGHT
                                                                    GIZER & McRAE LLP

                                                                    By:   */s/-- Sophia S. Lau*
                                                                          SCOTT E. GIZER
                                                                          SOPHIA S. LAU
                                                                          Attorneys for Defendant FIDELITY
                                                                          NATIONAL TITLE INSURANCE
                                                                          COMPANY

Dated:  March 5, 2021                                    SINCLAIR BRAUN LLP

                                                                    By:   */s/-Kevin S. Sinclair*
                                                                          KEVIN S. SINCLAIR
                                                                          Attorneys for Defendant FIDELITY
                                                                          NATIONAL TITLE INSURANCE
                                                                          COMPANY

Dated:  March 5, 2021                                    WRIGHT FINLAY & ZAK, LLP

                                                                    By:   */s/-Lindsay D. Robbins*
                                                                          LINDSAY D. ROBBINS
                                                                          Attorneys for Plaintiff WELLS FARGO
                                                                          BANK, N.A.

**IT IS SO ORDERED:**

Dated: March 12, 2021.

RICHARD E. BOULWARE, II
**United States District Court**



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS**

602158.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**


I hereby certify that on March 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


/s/ D'Metria Bolden
 D'METRIA BOLDEN
 An Employee of EARLY SULLIVAN
 WRIGHT GIZER & McRAE LLP

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

3

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

602158.1