Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and
LAWYERS TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00112-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

 COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity") and Lawyers Title of Nevada, Inc. ("Lawyers Title") (collectively "Defendants") and plaintiff Wells Fargo Bank, National Association ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

follows:

1. On January 19, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On January 20, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On February 24, 2021, the Court granted the parties first stipulation to extend the time for Defendants to respond to the complaint until March 29, 2012 (ECF No. 12);

4. Defendants request a further 30-day extension, through and including Wednesday, April 28, 2021, for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Wednesday, April 28, 2021.

Dated:  March 25, 2021                    SINCLAIR BRAUN LLP


                                          By:  /s/-Kevin S. Sinclair
                                              KEVIN S. SINCLAIR
                                              Attorneys for Defendants
                                              FIDELITY NATIONAL TITLE GROUP,
                                              INC., FIDELITY NATIONAL TITLE
                                              INSURANCE COMPANY, and LAWYERS
                                              TITLE OF NEVADA, INC.

Dated:  March 25, 2021                    WRIGHT FINLAY & ZAK, LLP


                                          By:  /s/-Lindsay D. Robbins
                                              LINDSAY D. ROBBINS
                                              Attorneys for Plaintiff
                                              WELLS FARGO BANK, NATIONAL
                                              ASSOCIATION

**IT IS SO ORDERED.**

   DATED this 26th day of March, 2021.

                                          _____
                                          DANIEL J. ALBREGTS
                                          UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**