Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY
NATIONAL TITLE INSURANCE COMPANY, and
LAWYERS TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 2:21-CV-00112-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT, AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 31-35)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("Fidelity") and Lawyers Title of Nevada, Inc. ("Lawyers Title") (collectively "Defendants") and plaintiff Wells Fargo Bank, National Association ("Wells

Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On January 19, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On January 20, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On May 12, 2021 FNTG, Fidelity, and Lawyers Title moved to dismiss Wells Fargo's complaint (ECF Nos. 25-27), with Lawyers Title's motion to dismiss containing an alternative request for a grant of summary judgment (ECF No. 28);

4. On May 26, 2021, Wells Fargo filed its responses to FNTG, Fidelity, and Lawyers Title's motions to dismiss (ECF Nos. 31, 33, 34), its response to Lawyers Title's alternative motion for summary judgment (ECF No. 32) and filed a countermotion for partial summary judgment to Fidelity's motion to dismiss (ECF No. 35);

5. Defendants request a further four-week extension of their respective deadlines to reply in support of the motions to dismiss, a three-week extension of Lawyers Title's deadline to reply in support of its alternative motion for summary judgment, and a two-week extension of Fidelity's deadline to oppose the countermotion for summary judgment, through and including Wednesday, June 30, 2021 (such that all of Defendants' replies and oppositions are due on that date), for Defendants to file their respective responses to Wells Fargo's oppositions and countermotion to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

6. Counsel for Wells Fargo does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and summary judgment and oppose Wells Fargo's countermotion is hereby extended through and including Wednesday, June 30, 2021.

Dated: May 28, 2021

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, and LAWYERS TITLE OF NEVADA, INC.

Dated: May 28, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Christina V. Miller_
CHRISTINA V. MILLER
Attorneys for Plaintiff
WELLS FARGO BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  30th  day of ____May____, 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**